*General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States. ▮▮▮▮▮▮▮

No. 183, Misc. CALDWELL *v.* HUNTER, WARDEN. C. C. A. 10th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for respondent. ▮▮▮▮▮▮

No. 184, Misc. THOMAS *v.* HUNTER, WARDEN. C. C. A. 10th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for respondent. ▮▮▮▮▮

No. 188, Misc. BANKEY *v.* SANFORD, WARDEN. C. C. A. 5th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for respondent. ▮▮▮▮▮▮

No. 199, Misc. OWENS *v.* UNITED STATES. C. C. A. 5th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States. ▮▮▮▮▮▮

No. 205, Misc. SPENCER *v.* PESCOR, WARDEN. C. C. A. 8th. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for respondent. ▮▮▮▮▮▮

No. 223, Misc. FERRELL *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.